CHARLES GERBEN, as Director of GERBEN-HECHT RIM WHEEL CORPORATION, Appellant, *v.* GERBEN-HECHT RIM WHEEL CORPORATION, Defendant, and ALLOYS AND PRODUCTS, INC., et al., Respondents.

Argued March 1, 1938; decided March 15, 1938.

*Henry H. Silverman* and *Joseph Tenner* for appellant.

*Jerome C. Strumpf, Monroe Goldwater, Frederick C. Scheel, Irwin Grinsberg* and *Charles K. Bermack* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.